BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>             Plaintiff,           )<br>                                  )<br>     v.                           )<br>                                  )<br>                                  )<br>ARTHUR GONZALES,                  )<br>                                  )<br>             Defendant.           )<br>_____) | Case No: 1:13-cr-00137-SKO<br><br>Citation No: F4284378 (CA 42)<br><br>**STIPULATION TO CONTINUE APRIL 18, 2013 ARRAIGNMENT AND PLEA TO MAY 2, 2013; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' April 18, 2013 arraignment and plea may be continued to 10:00 a.m. on Thursday, May 2, 2013.

   The parties base this stipulation on good cause. The Defendant has a work scheduling issue which will conflict with the arraignment date as scheduled. The parties further state this matter has been resolved by a signed plea agreement and anticipate that this matter will be resolved on May 2, 2013.

```
                              BENJAMIN B. WAGNER
                              United States Attorney


Dated: April 17, 2013    By:__/s/Ian P. Whitney_____
                              IAN P. WHITNEY
                              Special Assistant U.S. Attorney




Dated: April 17, 2013    __/s/[Signature Appears on Original]
                              ARTHUR GONZALES
                              Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   April 18, 2013**              /s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE